IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
(EASTERN DIVISION)

JANE E. HEIKEN, )
)
Plaintiff, )
)
vs. ) No. 07-CV-1890 CAS
)
DR. REBECCA AFT, M.D., and BARNES- )
JEWISH HOSPITAL, a corporation, )
)
Defendant. )

*So Ordered*
*4/28/09*

## **STIPULATION FOR VOLUNTARY DISMISSAL**

Now comes the Plaintiff, JANE E. HEIKEN, by her attorneys, Strellis & Field,

Chartered, and defendant, BARNES-JEWISH HOSPITAL, by its attorneys, Sandberg, Phoenix

& von Gontard, P.C., and moves this honorable Court to dismiss the cause of action with

prejudice with each party bearing their own costs.

STRELLIS & FIELD, CHARTERED

BY: /s/ Jack A. Strellis
JACK A. STRELLIS    #114710
115 East Mill Street
Waterloo, IL 62298
(618) 939-3404
*ATTORNEYS FOR PLAINTIFF*

SANDBERG, PHOENIX & von GONTARD, P.C.

BY: /s/ Teresa D. Bartosiak (by consent)
Teresa D. Bartosiak   #49129
One City Centre, 15th Floor
St. Louis, MO 63101-1880
(314) 231-3332
*ATTORNEYS FOR DEFENDANT,*
*BARNES-JEWISH HOSPITAL*